UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID L. BELMONTE a.k.a. DAMEAS SHIRUK DURANZAN,<br><br>                    Plaintiff,<br>    v.<br><br>CITY OF SEATTLE, *et al.*,<br><br>                    Defendants. | CASE NO. 2:24-CV-1760-JHC-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

      The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, if any, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation to which Plaintiff did not object.

    (2)    This case is dismissed without prejudice for failure to pay the filing fee.

    (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 10th day of March, 2025.

                                                         */s/ John H. Chun*
                                                      JOHN H. CHUN
                                                      United States District Judge